# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

CASE NO. 11-cv-00685-WCG

ENCAP, LLC,

    Plaintiff,

v.

THE SCOTTS COMPANY, LLC, THE
SCOTTS MIRACLE-GRO COMPANY,
LLC, and OMS INVESTMENTS, INC.,

    Defendants.

CASE NO. 11-cv-00685-WCG

**FILED UNDER SEAL**

**EXHIBIT 26 TO DECLARATION OF DOUGLAS C. DREIER
IN SUPPORT OF DEFENDANTS' MOTION FOR FAST TRACK SUMMARY
JUDGMENT ON PLAINTIFF'S CLAIM FOR TRADE SECRET MISAPPROPRIATION**