# Exhibit 26

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     302

Cust PO:     007823

Name:     BELGRADE DRUG & HARDWARE

Address:     PO BOX 159

City:     BELGRADE

State:     MN

Zip:     56312

| | | |
|---|---|---|
| Ship Date: 3/7/2002 | | |
| Item: 10133 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Qty shipped: 13.00 | Sales Amount: | $41.99 |
| Ship Date: 3/7/2002 | | |
| Item: 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: 12.00 | Sales Amount: | $73.44 |
| Ship Date: 3/7/2002 | | |
| Item: 10134 | Description: | WILDFLOWER,AMER-HERITAGE,1776,6LB |
| Qty shipped: 12.00 | Sales Amount: | $136.56 |
| Ship Date: 3/7/2002 | | |
| Item: 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: 12.00 | Sales Amount: | $53.04 |

Invoice Total:     $305.03

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENC 14755

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     298

Cust PO:     007956

Name:     TWIN CITY HARDWAE

Address:     32 CHARLES ST

City:     DEADWOOD

State:     SD

Zip:     57732

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10134 | Description: | WILDFLOWER,AMER-HERITAGE,1776,6LB |
| Qty shipped: | 12.00 | Sales Amount: | $136.56 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 12.00 | Sales Amount: | $73.44 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 12.00 | Sales Amount: | $53.04 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10133 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Qty shipped: | 13.00 | Sales Amount: | $41.99 |

Invoice Total:     $305.03

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

**ENC 14756**

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     305

Cust PO:     022502-F1

Name:     SEEDWAY-VERMONT

Address:     3442 RTE 22A

City:     SHOREHAM

State:     VT

Zip:     05770

Ship Date:     3/7/2002
Item:     10071          Description:     GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:     300.00     Sales Amount:     $1,104.00

Ship Date:     3/7/2002
Item:     10133          Description:     WILDFLOWER,AMER-HERITAGE,1776,1.1LB
Qty shipped:     455.00     Sales Amount:     $1,223.95

Invoice Total:     $2,327.95

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENC 14909

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:    292

Cust PO:    1012869

Name:    H. B. DAVIS

Address:    50 RAILROAD AVE

City:    ALBANY

State:    NY

Zip:    12205

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,NATIVE,EASTERN,5LB |
| Item: | 10078 | Sales Amount: | $546.00 |
| Qty shipped: | 60.00 | | |
| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,BIRD&BUTTERFLY,5LB |
| Item: | 10075 | Sales Amount: | $491.40 |
| Qty shipped: | 54.00 | | |
| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Item: | 10133 | Sales Amount: | $100.62 |
| Qty shipped: | 39.00 | | |
| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,AMER-HERTIAGE,1776,2.3LB |
| Item: | 10081 | Sales Amount: | $53.28 |
| Qty shipped: | 12.00 | | |
| Ship Date: | 3/7/2002 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Item: | 10071 | Sales Amount: | $211.80 |
| Qty shipped: | 60.00 | | |
| Ship Date: | 3/7/2002 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Item: | 10135 | Sales Amount: | $88.20 |
| Qty shipped: | 18.00 | | |
| Ship Date: | 3/7/2002 | Description: | WILDFLOWER_TRADITIONAL,5LB |
| Item: | 10069 | Sales Amount: | $382.20 |
| Qty shipped: | 42.00 | | |
| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,AMER-HERITAGE,1776,6LB |
| Item: | 10134 | Sales Amount: | $163.80 |
| Qty shipped: | 18.00 | | |

Invoice Total:    $2,037.30

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

**ENC 15615**

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:    296

Cust PO:    1016397

Name:    FOSTER'S INC-WATERLOO

Address:    FOSTER'S WAREHOUSE #1

City:    WATERLOO

State:    IA

Zip:    50703

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 1,200.00 | Sales Amount: | $4,236.00 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10134 | Description: | WILDFLOWER,AMER-HERITAGE,1776,6LB |
| Qty shipped: | 6.00 | Sales Amount: | $54.60 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10081 | Description: | WILDFLOWER,AMER-HERTIAGE,1776,2.3LB |
| Qty shipped: | 720.00 | Sales Amount: | $3,196.80 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10133 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Qty shipped: | 910.00 | Sales Amount: | $2,347.80 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10079 | Description: | WILDFLOWER,NATIVE,CENTRAL,5LB |
| Qty shipped: | 24.00 | Sales Amount: | $218.40 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10075 | Description: | WILDFLOWER,BIRD&BUTTERFLY,5LB |
| Qty shipped: | 12.00 | Sales Amount: | $109.20 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10069 | Description: | WILDFLOWER_TRADITIONAL,5LB |
| Qty shipped: | 12.00 | Sales Amount: | $109.20 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 366.00 | Sales Amount: | $1,793.40 |

Invoice Total:    $12,065.40

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

**ENC 15649**

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:   295

Cust PO:   1016398

Name:   FOSTER'S INC-ROGERS

Address:   FOSTER'S WAREHOUSE #3

City:   ROGERS

State:   MN

Zip:   55374

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 360.00 | Sales Amount: | $1,764.00 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10133 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Qty shipped: | 780.00 | Sales Amount: | $2,012.40 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 720.00 | Sales Amount: | $2,541.60 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10081 | Description: | WILDFLOWER,AMER-HERTIAGE,1776,2.3LB |
| Qty shipped: | 720.00 | Sales Amount: | $3,196.80 |

Invoice Total:   $9,514.80

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENC 15650

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:      294

Cust PO:      1016399

Name:      FOSTER'S INC-WATERLOO

Address:      FOSTER'S WAREHOUSE #1

City:      WATERLOO

State:      IA

Zip:      50703

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10133 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Qty shipped: | 390.00 | Sales Amount: | $1,006.20 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10081 | Description: | WILDFLOWER,AMER-HERTIAGE,1776,2.3LB |
| Qty shipped: | 360.00 | Sales Amount: | $1,598.40 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 180.00 | Sales Amount: | $882.00 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 360.00 | Sales Amount: | $1,270.80 |

Invoice Total:      $4,757.40

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENC 15651

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:   291

Cust PO:   122054

Name:   COMMERCE CORPORATION *BALTIMORE*

Address:   7603 ENERGY PKWY

City:   BALTIMORE

State:   MD

Zip:   21226

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10134 | Description: | WILDFLOWER,AMER-HERITAGE,1776,6LB |
| Qty shipped: | 180.00 | Sales Amount: | $1,638.00 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10078 | Description: | WILDFLOWER,NATIVE,EASTERN,5LB |
| Qty shipped: | 120.00 | Sales Amount: | $1,092.00 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10075 | Description: | WILDFLOWER,BIRD&BUTTERFLY,5LB |
| Qty shipped: | 120.00 | Sales Amount: | $1,092.00 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 300.00 | Sales Amount: | $1,059.00 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10069 | Description: | WILDFLOWER_TRADITIONAL,5LB |
| Qty shipped: | 120.00 | Sales Amount: | $1,092.00 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10133 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Qty shipped: | 494.00 | Sales Amount: | $1,274.52 |

Invoice Total:   $7,247.52

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

**ENC 16431**

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number: 297

Cust PO: 3014275

Name: FOSTER'S INC-ROGERS

Address: FOSTER'S WAREHOUSE #3

City: ROGERS

State: MN

Zip: 55374

| Ship Date: | 3/7/2002 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
|---|---|---|---|
| Item: | 10071 | Sales Amount: | $423.60 |
| Qty shipped: | 120.00 | | |

| Ship Date: | 3/7/2002 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
|---|---|---|---|
| Item: | 10135 | Sales Amount: | $323.40 |
| Qty shipped: | 66.00 | | |

| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,BIRD&BUTTERFLY,5LB |
|---|---|---|---|
| Item: | 10075 | Sales Amount: | $109.20 |
| Qty shipped: | 12.00 | | |

| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,AMER-HERTIAGE,1776,2.3LB |
|---|---|---|---|
| Item: | 10081 | Sales Amount: | $532.80 |
| Qty shipped: | 120.00 | | |

| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
|---|---|---|---|
| Item: | 10133 | Sales Amount: | $335.40 |
| Qty shipped: | 130.00 | | |

| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,AMER-HERITAGE,1776,6LB |
|---|---|---|---|
| Item: | 10134 | Sales Amount: | $109.20 |
| Qty shipped: | 12.00 | | |

| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,NATIVE,CENTRAL,5LB |
|---|---|---|---|
| Item: | 10079 | Sales Amount: | $109.20 |
| Qty shipped: | 12.00 | | |

Invoice Total: $1,942.80

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

**ENC 17465**

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:  273

Cust PO:  69065

Name:  YOUNGS OF RIDGEFIELD

Address:  91 SANBURY RD

City:  RIDGEFIELD

State:  CT

Zip:  06877

Ship Date:  3/7/2002
Item:  10133          Description:  WILDFLOWER,AMER-HERITAGE,1776,1.1LB
Qty shipped:  26.00     Sales Amount:  $69.94

Ship Date:  3/7/2002
Item:  10071          Description:  GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:  12.00     Sales Amount:  $44.16

Invoice Total:  $114.10

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENC 19548

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:       274

Cust PO:       70848

Name:       JOHNSTOWN AGWAY

Address:       N COMRIE AVE

City:       JOHNSTOWN

State:       NY

Zip:       12095

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 12.00 | Sales Amount: | $44.16 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10133 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Qty shipped: | 13.00 | Sales Amount: | $34.97 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 6.00 | Sales Amount: | $30.60 |
| | | Invoice Total: | $109.73 |

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENC 19599

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:    276

Cust PO:    72385

Name:    HOLDRIDGE FARM NURSERY

Address:    #749 RTE 117

City:    LEDYARD

State:    CT

Zip:    06339

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 12.00 | Sales Amount: | $61.20 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 24.00 | Sales Amount: | $88.32 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10069 | Description: | WILDFLOWER_TRADITIONAL,5LB |
| Qty shipped: | 12.00 | Sales Amount: | $113.76 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10133 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Qty shipped: | 13.00 | Sales Amount: | $34.97 |

Invoice Total:    $298.25

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

**ENC 19675**

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:   277

Cust PO:   72386

Name:   MAPLE TREE FARM

Address:   2708 RTE 27

City:   NORTH BRUNSWICK

State:   NJ

Zip:   08902

| | | | |
|---|---|---|---|
| Ship Date: 3/7/2002 | | | |
| Item: 10075 | Description: | WILDFLOWER,BIRD&BUTTERFLY,5LB | |
| Qty shipped: 6.00 | Sales Amount: | $56.88 | |
| Ship Date: 3/7/2002 | | | |
| Item: 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB | |
| Qty shipped: 12.00 | Sales Amount: | $44.16 | |
| Ship Date: 3/7/2002 | | | |
| Item: 10069 | Description: | WILDFLOWER_TRADITIONAL,5LB | |
| Qty shipped: 6.00 | Sales Amount: | $56.88 | |
| Ship Date: 3/7/2002 | | | |
| Item: 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB | |
| Qty shipped: 6.00 | Sales Amount: | $30.60 | |
| Ship Date: 3/7/2002 | | | |
| Item: 10078 | Description: | WILDFLOWER,NATIVE,EASTERN,5LB | |
| Qty shipped: 6.00 | Sales Amount: | $56.88 | |
| Ship Date: 3/7/2002 | | | |
| Item: 10133 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB | |
| Qty shipped: 39.00 | Sales Amount: | $104.91 | |

Invoice Total:   $350.31

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENC 19676

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     275

Cust PO:     73284

Name:        HALAS FARM MARKET

Address:     28 PEMBROKE RD

City:        DANBURY

State:       CT

Zip:         06811

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Item: | 10135 | Sales Amount: | $30.60 |
| Qty shipped: | 6.00 | | |
| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Item: | 10133 | Sales Amount: | $69.94 |
| Qty shipped: | 26.00 | | |

Invoice Total:     $100.54

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENC 19811

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number: 299

Cust PO: 800013

Name: DUNDEE NURSERY LANDSCAPIN

Address: 16800 HIGHWAY 55

City: PLYMOUTH

State: MN

Zip: 55441

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 30.00 | Sales Amount: | $183.60 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10075 | Description: | WILDFLOWER,BIRD&BUTTERFLY,5LB |
| Qty shipped: | 12.00 | Sales Amount: | $136.56 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10133 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Qty shipped: | 13.00 | Sales Amount: | $41.99 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10134 | Description: | WILDFLOWER,AMER-HERITAGE,1776,6LB |
| Qty shipped: | 12.00 | Sales Amount: | $136.56 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 72.00 | Sales Amount: | $318.24 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10069 | Description: | WILDFLOWER_TRADITIONAL,5LB |
| Qty shipped: | 12.00 | Sales Amount: | $136.56 |

Invoice Total: $953.51

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENC 20316

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     301

Cust PO:     800014

Name:     DUNDEE NURSERY LANDSCAPIN

Address:     4225 COUNTY RD 42

City:     SAVAGE

State:     MN

Zip:     55378

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10134 | Description: | WILDFLOWER,AMER-HERITAGE,1776,6LB |
| Qty shipped: | 12.00 | Sales Amount: | $136.56 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 12.00 | Sales Amount: | $53.04 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10133 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Qty shipped: | 13.00 | Sales Amount: | $41.99 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 12.00 | Sales Amount: | $73.44 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10075 | Description: | WILDFLOWER,BIRD&BUTTERFLY,5LB |
| Qty shipped: | 6.00 | Sales Amount: | $68.28 |

Invoice Total:     $373.31

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENC 20317

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     303

Cust PO:     800023

Name:     CALS MARKET

Address:     6403 EAGAN RD

City:     SAVAGE

State:     MN

Zip:     55378

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,AMER-HERITAGE,1776,6LB |
| Item: | 10134 | | |
| Qty shipped: | 12.00 | Sales Amount: | $136.56 |
| Ship Date: | 3/7/2002 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Item: | 10071 | | |
| Qty shipped: | 12.00 | Sales Amount: | $53.04 |
| Ship Date: | 3/7/2002 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Item: | 10135 | | |
| Qty shipped: | 12.00 | Sales Amount: | $73.44 |
| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Item: | 10133 | | |
| Qty shipped: | 13.00 | Sales Amount: | $41.99 |
| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,BIRD&BUTTERFLY,5LB |
| Item: | 10075 | | |
| Qty shipped: | 6.00 | Sales Amount: | $68.28 |

Invoice Total:     $373.31

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENC 20318

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:      300

Cust PO:      800029

Name:      TWIN CITY NURSERY

Address:      4941 LONG AVE HWY 61

City:      WHITE BEAR LAKE

State:      MN

Zip:      55110

Ship Date:      3/7/2002
Item:      10135          Description:      GRASS-REPAIR-KIT,ALL-PURPOSE,6LB
Qty shipped:      12.00          Sales Amount:      $73.44

Ship Date:      3/7/2002
Item:      10133          Description:      WILDFLOWER,AMER-HERITAGE,1776,1.1LB
Qty shipped:      39.00          Sales Amount:      $125.97

Ship Date:      3/7/2002
Item:      10071          Description:      GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:      36.00          Sales Amount:      $159.12

Invoice Total:      $358.53

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

**ENC 20320**

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     289

Cust PO:     87725

Name:     JAVIC WHOLESALE CO.

Address:     5400 SOUTH 27TH STREET

City:     MILWAUKEE

State:     WI

Zip:     53221

| Ship Date: | 3/7/2002 | | |
| Item: | 10079 | Description: | WILDFLOWER,NATIVE,CENTRAL,5LB |
| Qty shipped: | 144.00 | Sales Amount: | $1,310.40 |

| Ship Date: | 3/7/2002 | | |
| Item: | 10081 | Description: | WILDFLOWER,AMER-HERTIAGE,1776,2.3LB |
| Qty shipped: | 288.00 | Sales Amount: | $1,278.72 |

| Ship Date: | 3/7/2002 | | |
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 576.00 | Sales Amount: | $2,033.28 |

| Ship Date: | 3/7/2002 | | |
| Item: | 10075 | Description: | WILDFLOWER,BIRD&BUTTERFLY,5LB |
| Qty shipped: | 144.00 | Sales Amount: | $1,310.40 |

Invoice Total:     $5,932.80

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENC 20747

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:    286

Cust PO:    ENCAP PLANOGRAM

Name:    PAUL'S OF IOWA CITY

Address:    424 HWY 1 WEST

City:    IOWA CITY

State:    IA

Zip:    52246

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10075 | Description: | WILDFLOWER,BIRD&BUTTERFLY,5LB |
| Qty shipped: | 12.00 | Sales Amount: | $153.60 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 36.00 | Sales Amount: | $178.92 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 30.00 | Sales Amount: | $206.70 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10133 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Qty shipped: | 13.00 | Sales Amount: | $47.19 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10134 | Description: | WILDFLOWER,AMER-HERITAGE,1776,6LB |
| Qty shipped: | 18.00 | Sales Amount: | $230.40 |

Invoice Total:    $816.81

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

**ENC 22273**

| Cust Number: | 287 |
|---|---|
| Cust PO: | ENCAP PLANOGRAM |
| Name: | JOHNSON HARDWARE |
| Address: | 1816 MAIN ST |
| City: | CROSS PLAINS |
| State: | WI |
| Zip: | 53528 |

| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,AMER-HERITAGE,1776,6LB |
|---|---|---|---|
| Item: | 10134 | | |
| Qty shipped: | 18.00 | Sales Amount: | $230.40 |

| Ship Date: | 3/7/2002 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
|---|---|---|---|
| Item: | 10071 | | |
| Qty shipped: | 36.00 | Sales Amount: | $178.92 |

| Ship Date: | 3/7/2002 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
|---|---|---|---|
| Item: | 10135 | | |
| Qty shipped: | 30.00 | Sales Amount: | $206.70 |

| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,BIRD&BUTTERFLY,5LB |
|---|---|---|---|
| Item: | 10075 | | |
| Qty shipped: | 12.00 | Sales Amount: | $153.60 |

| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
|---|---|---|---|
| Item: | 10133 | | |
| Qty shipped: | 13.00 | Sales Amount: | $47.19 |

| | Invoice Total: | $816.81 |
|---|---|---|

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

**ENC 22274**

| | | |
|---|---|---|
| Cust Number: | 288 | |
| Cust PO: | ENCAP PLANOGRAM | |
| Name: | VALDERS CO-OP | |
| Address: | 150 MAIN ST | |
| City: | MICHICOT | |
| State: | WI | |
| Zip: | 54228 | |

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Item: | 10135 | | |
| Qty shipped: | 30.00 | Sales Amount: | $206.70 |
| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,BIRD&BUTTERFLY,5LB |
| Item: | 10075 | | |
| Qty shipped: | 12.00 | Sales Amount: | $153.60 |
| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,AMER-HERITAGE,1776,6LB |
| Item: | 10134 | | |
| Qty shipped: | 18.00 | Sales Amount: | $230.40 |
| Ship Date: | 3/7/2002 | Description: | WILDFLOWER,AMER-HERITAGE,1776,1.1LB |
| Item: | 10133 | | |
| Qty shipped: | 13.00 | Sales Amount: | $47.19 |
| Ship Date: | 3/7/2002 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Item: | 10071 | | |
| Qty shipped: | 36.00 | Sales Amount: | $178.92 |

Invoice Total: $816.81

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

**ENC 22275**

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:    313

Cust PO:    VERBAL PER JEFF STAUB

Name:    COMMERCE CORPORATION *BALTIMORE*

Address:    7603 ENERGY PKWY

City:    BALTIMORE

State:    MD

Zip:    21226

Ship Date:    3/7/2002
Item:    10075              Description:    WILDFLOWER,BIRD&BUTTERFLY,5LB
Qty shipped:    12.00         Sales Amount:    $113.76

Ship Date:    3/7/2002
Item:    10133              Description:    WILDFLOWER,AMER-HERITAGE,1776,1.1LB
Qty shipped:    429.00        Sales Amount:    $1,154.01

Ship Date:    3/7/2002
Item:    10071              Description:    GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:    36.00         Sales Amount:    $132.48

                              Invoice Total:    $1,400.25

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

**ENC 23770**

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     302

Cust PO:     007823

Name:     BELGRADE DRUG & HARDWARE

Address:     PO BOX 159

City:     BELGRADE

State:     MN

Zip:     56312

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 12.00 | Sales Amount: | $73.44 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 12.00 | Sales Amount: | $53.04 |
| | | Invoice Total: | $126.48 |

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     298

Cust PO:        007956

Name:           TWIN CITY HARDWAE

Address:        32 CHARLES ST

City:           DEADWOOD

State:          SD

Zip:            57732

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 12.00 | Sales Amount: | $73.44 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 12.00 | Sales Amount: | $53.04 |
| | | Invoice Total: | $126.48 |

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:    305

Cust PO:        022502-F1

Name:           SEEDWAY-VERMONT

Address:        3442 RTE 22A

City:           SHOREHAM

State:          VT

Zip:            05770

Ship Date:      3/7/2002
Item:           10071         Description:    GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:    300.00        Sales Amount:   $1,104.00

                              Invoice Total:  $1,104.00

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

| | |
|---|---|
| Cust Number: | 292 |
| Cust PO: | 1012869 |
| Name: | H. B. DAVIS |
| Address: | 50 RAILROAD AVE |
| City: | ALBANY |
| State: | NY |
| Zip: | 12205 |

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 18.00 | Sales Amount: | $88.20 |

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 60.00 | Sales Amount: | $211.80 |

Invoice Total: $300.00

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:      296

Cust PO:      1016397

Name:      FOSTER'S INC-WATERLOO

Address:      FOSTER'S WAREHOUSE #1

City:      WATERLOO

State:      IA

Zip:      50703

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 1,200.00 | Sales Amount: | $4,236.00 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 366.00 | Sales Amount: | $1,793.40 |

Invoice Total:      $6,029.40

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     295

Cust PO:     1016398

Name:     FOSTER'S INC-ROGERS

Address:     FOSTER'S WAREHOUSE #3

City:     ROGERS

State:     MN

Zip:     55374

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 720.00 | Sales Amount: | $2,541.60 |

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 360.00 | Sales Amount: | $1,764.00 |

Invoice Total:     $4,305.60

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     294

Cust PO:     1016399

Name:     FOSTER'S INC-WATERLOO

Address:     FOSTER'S WAREHOUSE #1

City:     WATERLOO

State:     IA

Zip:     50703

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 360.00 | Sales Amount: | $1,270.80 |

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 180.00 | Sales Amount: | $882.00 |

Invoice Total:     $2,152.80

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     291

Cust PO:     122054

Name:     COMMERCE CORPORATION *BALTIMORE*

Address:     7603 ENERGY PKWY

City:     BALTIMORE

State:     MD

Zip:     21226

Ship Date:     3/7/2002
Item:     10071          Description:     GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:     300.00          Sales Amount:     $1,059.00

Invoice Total:     $1,059.00

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

ENC 26229

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:      297
Cust PO:          3014275
Name:             FOSTER'S INC-ROGERS
Address:          FOSTER'S WAREHOUSE #3
City:             ROGERS
State:            MN
Zip:              55374

Ship Date:        3/7/2002
Item:             10071         Description:    GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:      120.00        Sales Amount:       $423.60

Ship Date:        3/7/2002
Item:             10135         Description:    GRASS-REPAIR-KIT,ALL-PURPOSE,6LB
Qty shipped:      66.00         Sales Amount:       $323.40

                                Invoice Total:      $747.00

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:      270

Cust PO:      609062

Name:      HOLDRIDGE FARM NURSERY

Address:      #749 RTE 117

City:      LEDYARD

State:      CT

Zip:      06339

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 36.00 | Sales Amount: | $132.48 |

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 60.00 | Sales Amount: | $306.00 |

Invoice Total:      $438.48

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

ENC 26278

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:      273

Cust PO:      69065

Name:      YOUNGS OF RIDGEFIELD

Address:      91 SANBURY RD

City:      RIDGEFIELD

State:      CT

Zip:      06877

Ship Date:      3/7/2002
Item:      10071          Description:      GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:      12.00          Sales Amount:      $44.16

Invoice Total:      $44.16

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:      274

Cust PO:      70848

Name:      JOHNSTOWN AGWAY

Address:      N COMRIE AVE

City:      JOHNSTOWN

State:      NY

Zip:      12095

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 6.00 | Sales Amount: | $30.60 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 12.00 | Sales Amount: | $44.16 |
| | | Invoice Total: | $74.76 |

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     276

Cust PO:     72385

Name:     HOLDRIDGE FARM NURSERY

Address:     #749 RTE 117

City:     LEDYARD

State:     CT

Zip:     06339

Ship Date:     3/7/2002
Item:     10071          Description:     GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:     24.00          Sales Amount:     $88.32

Ship Date:     3/7/2002
Item:     10135          Description:     GRASS-REPAIR-KIT,ALL-PURPOSE,6LB
Qty shipped:     12.00          Sales Amount:     $61.20

Invoice Total:     $149.52

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     277

Cust PO:      72386

Name:        MAPLE TREE FARM

Address:      2708 RTE 27

City:        NORTH BRUNSWICK

State:        NJ

Zip:         08902

Ship Date:      3/7/2002
Item:          10071        Description:    GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:      12.00       Sales Amount:   $44.16

Ship Date:      3/7/2002
Item:          10135        Description:    GRASS-REPAIR-KIT,ALL-PURPOSE,6LB
Qty shipped:      6.00        Sales Amount:   $30.60

Invoice Total:     $74.76

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     275

Cust PO:     73284

Name:        HALAS FARM MARKET

Address:     28 PEMBROKE RD

City:        DANBURY

State:       CT

Zip:         06811

Ship Date:      3/7/2002
Item:           10135          Description:     GRASS-REPAIR-KIT,ALL-PURPOSE,6LB
Qty shipped:         6.00      Sales Amount:        $30.60

                                Invoice Total:        $30.60

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     299

Cust PO:     800013

Name:     DUNDEE NURSERY LANDSCAPIN

Address:     16800 HIGHWAY 55

City:     PLYMOUTH

State:     MN

Zip:     55441

Ship Date:     3/7/2002
Item:     10135          Description:     GRASS-REPAIR-KIT,ALL-PURPOSE,6LB
Qty shipped:     30.00     Sales Amount:     $183.60

Ship Date:     3/7/2002
Item:     10071          Description:     GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:     72.00     Sales Amount:     $318.24

Invoice Total:     $501.84

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

| | |
|---|---|
| Cust Number: | 301 |
| Cust PO: | 800014 |
| Name: | DUNDEE NURSERY LANDSCAPIN |
| Address: | 4225 COUNTY RD 42 |
| City: | SAVAGE |
| State: | MN |
| Zip: | 55378 |

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 12.00 | Sales Amount: | $73.44 |

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | | |
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 12.00 | Sales Amount: | $53.04 |

Invoice Total: $126.48

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     303

Cust PO:     800023

Name:     CALS MARKET

Address:     6403 EAGAN RD

City:     SAVAGE

State:     MN

Zip:     55378

| Ship Date: | 3/7/2002 | | |
|---|---|---|---|
| Item: | 10071 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Qty shipped: | 12.00 | Sales Amount: | $53.04 |
| Ship Date: | 3/7/2002 | | |
| Item: | 10135 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Qty shipped: | 12.00 | Sales Amount: | $73.44 |

Invoice Total:     $126.48

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     300

Cust PO:     800029

Name:     TWIN CITY NURSERY

Address:     4941 LONG AVE HWY 61

City:     WHITE BEAR LAKE

State:     MN

Zip:     55110

Ship Date:     3/7/2002
Item:     10071          Description:     GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:     36.00          Sales Amount:     $159.12

Ship Date:     3/7/2002
Item:     10135          Description:     GRASS-REPAIR-KIT,ALL-PURPOSE,6LB
Qty shipped:     12.00          Sales Amount:     $73.44

Invoice Total:     $232.56

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     289

Cust PO:     87725

Name:     JAVIC WHOLESALE CO.

Address:     5400 SOUTH 27TH STREET

City:     MILWAUKEE

State:     WI

Zip:     53221

Ship Date:     3/7/2002
Item:     10071          Description:     GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:     576.00     Sales Amount:     $2,033.28

Invoice Total:     $2,033.28

HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:     286

Cust PO:     ENCAP PLANOGRAM

Name:     PAUL'S OF IOWA CITY

Address:     424 HWY 1 WEST

City:     IOWA CITY

State:     IA

Zip:     52246

| | | |
|---|---|---|
| Ship Date:     3/7/2002 | | |
| Item:     10135 | Description:     GRASS-REPAIR-KIT,ALL-PURPOSE,6LB | |
| Qty shipped:     30.00 | Sales Amount:     $206.70 | |

| | | |
|---|---|---|
| Ship Date:     3/7/2002 | | |
| Item:     10071 | Description:     GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB | |
| Qty shipped:     36.00 | Sales Amount:     $178.92 | |

Invoice Total:     $385.62

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

| | | | |
|---|---|---|---|
| Cust Number: | 287 | | |
| Cust PO: | ENCAP PLANOGRAM | | |
| Name: | JOHNSON HARDWARE | | |
| Address: | 1816 MAIN ST | | |
| City: | CROSS PLAINS | | |
| State: | WI | | |
| Zip: | 53528 | | |

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,6LB |
| Item: | 10135 | Sales Amount: | $206.70 |
| Qty shipped: | 30.00 | | |

| | | | |
|---|---|---|---|
| Ship Date: | 3/7/2002 | Description: | GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB |
| Item: | 10071 | Sales Amount: | $178.92 |
| Qty shipped: | 36.00 | | |
| | | Invoice Total: | $385.62 |

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

Cust Number:     288

Cust PO:        ENCAP PLANOGRAM

Name:           VALDERS CO-OP

Address:        150 MAIN ST

City:           MICHICOT

State:          WI

Zip:            54228

Ship Date:      3/7/2002
Item:           10135          Description:    GRASS-REPAIR-KIT,ALL-PURPOSE,6LB
Qty shipped:    30.00          Sales Amount:       $206.70

Ship Date:      3/7/2002
Item:           10071          Description:    GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:    36.00          Sales Amount:       $178.92

                               Invoice Total:      $385.62

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

ENCAP, LLC
3921 Algoma Road
Green Bay, WI 54311
920-406-5050

Cust Number:      313

Cust PO:      VERBAL PER JEFF STAUB

Name:      COMMERCE CORPORATION *BALTIMORE*

Address:      7603 ENERGY PKWY

City:      BALTIMORE

State:      MD

Zip:      21226

Ship Date:      3/7/2002
Item:      10071          Description:      GRASS-REPAIR-KIT,ALL-PURPOSE,2.6LB
Qty shipped:      36.00          Sales Amount:      $132.48

Invoice Total:      $132.48

**HIGHLY CONFIDENTIAL --- OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**